

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00542-CV

**CITY OF LEON VALLEY** and Irene Baldrige,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro,
Daniel Bee, Robert Caldwell, Anne Caldwell, Defernce Service Business, Inc., Earl Doderer,
Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

# O R D E R

As stated in our prior order, we find the "Judge's Notes" relied upon by appellants for purposes of appeal is not an order or judgment for purposes of appeal. However, we understand appellant's caution and pursuant to appellant's representation that a hearing on its motion to enter order is scheduled for August 19, 2014, and an actual order should be forthcoming as a result of the hearing, this court will not dismiss the appeal for want of jurisdiction at this time. We **ORDER** appellant to file in this court a copy of any order signed by the trial court at the hearing. If the trial court signs an appealable order, we shall consider the notice of appeal previously filed by appellant timely, but prematurely filed. Any order arising as a result of the August 19, 2014 hearing shall be filed in this court on or before August 22, 2014. If appellant fails to establish the existence of an actual, appealable order or judgment in due course, we will dismiss this case for want of jurisdiction without prejudice to appellant refiling the appeal when an actual appealable order or judgment is signed by the trial court.

In addition, the clerk's record has not been filed. On August 13, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We **ORDER** appellant to provide written proof to this court on or before **September 2, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have

been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant is advised to ensure the clerk includes in the record a copy of the order or judgment produced as a result of the August 19, 2014 hearing.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

Keith E. Hottle
Clerk of Court